# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BARRAGAN, | Case No. CV 17-5294 DMG (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, CENTINELA STATE PRISON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 28, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE